```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYMANI JOHNSON,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER KANDICE HALL, POLICE OFFICER BENITO CRUZ, POLICE OFFICER JANE DOE, POLICE OFFICERS JOHN ROE #1-3,

                Defendants.

1:22-cv-04347-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court has been informed that a mediation was held and the parties reached an agreement on all issues. [ECF No. 24.]  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 19, 2022.  If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  October 19, 20212
        New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**